# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER JOEL CARBAUGH,
Appellant,
vs.
CITY OF HENDERSON,
Respondent.

No. 80431

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying appeal and remanding to lower court. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Initial review of the appeal revealed a jurisdictional defect. Specifically, this case arose in the municipal court, and the district court has final appellate jurisdiction over a case arising in municipal court. *See* Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976). In response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, counsel for appellant concedes that this court lacks jurisdiction to consider this appeal. Accordingly, this court

ORDERS this appeal DISMISSED

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-14492

cc: Hon. Richard Scotti, District Judge
Timothy R. Treffinger
Attorney General/Carson City
Henderson City Attorney
Eighth District Court Clerk